C. H. NANCE v. J. A. AND J. H. HULIN.

(Filed 15 May, 1929.)

**Appeal and Error J d—Burden of showing error is on appellant.**

On appeal to the Supreme Court the burden of showing error is on the appellant.

CIVIL ACTION, before *Sinclair, J.,* at April Term, 1928, of MONTGOMERY.

The facts are stated in a former appeal reported in 192 N. C., 665, 135 S. E., 774.

Two issues were submitted to the jury. The issue of indebtedness was answered in favor of defendants, and from judgment upon the verdict plaintiff appealed.

*W. A. Cochran for plaintiff.*
*Brittain, Brittain & Brittain for defendant.*

PER CURIAM. The evidence presents an issue of fact and no more. No reversible error is pointed out, and the burden to show such error is upon the appellant.

Affirmed.